EMILY JOHNSON HENN (SBN 269482)
KATHRYN E. CAHOY (SBN 298777)
MEGAN L. RODGERS (SBN 310344)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com
Email: mrodgers@cov.com

*Attorneys for Defendant Apple Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER LANDSHEFT, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>APPLE INC.,<br><br>　　　Defendant. | Civil Case No.: 5:25-cv-02668-NW<br><br>**STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed: March 19, 2025<br><br>Honorable Noël Wise |

Pursuant to Civil L.R. 6-1(a), Defendant Apple Inc. ("Apple") and Plaintiff Peter Landsheft respectfully submit the following stipulation enlarging the time for Apple to respond to the Complaint.

### STIPULATION

WHEREAS, on March 19, 2025, Plaintiff filed the Complaint in this case (*see* Dkt. 1);

WHEREAS, Apple was served on March 26, 2025;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Apple's response to the Complaint is due by April 16, 2025;

WHEREAS, pursuant to Civil L.R. 6-1(a), which allows the parties to stipulate in writing without court order to extend a defendant's time within which to answer or otherwise respond to a complaint, the parties have conferred and agree that Apple's deadline to respond to the Complaint shall be extended by sixty (60) days to June 16, 2025;

WHEREAS, this stipulated extension does not alter the date of any event or deadline already fixed by Court order;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** that Apple shall have until **June 16, 2025** to respond to the Complaint.

| | |
|---|---|
| DATED: April 10, 2025 | Respectfully submitted, |
| By: */s/ Emily Johnson Henn* | By: */s/ Yana Hart* |
| EMILY JOHNSON HENN (SBN 269482)<br>KATHRYN E. CAHOY (SBN 298777)<br>MEGAN L. RODGERS (SBN 310344)<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, California 94306-2112<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>Email: ehenn@cov.com<br>Email: kcahoy@cov.com<br>Email: mrodgers@cov.com<br><br>*Attorneys for Defendant Apple Inc.* | CLARKSON LAW FIRM, P.C.<br>Ryan J. Clarkson (SBN 257074)<br>rclarkson@clarksonlawfirm.com<br>Yana Hart (SBN 306499)<br>yhart@clarksonlawfirm.com<br>Bryan P. Thompson (SBN 354683)<br>bthompson@clarksonlawfirm.com<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br><br>*Attorneys for Plaintiff Peter Landsheft* |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), Emily Johnson Henn hereby attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: April 10, 2025                               By: */s/ Emily Johnson Henn*
                                                             Emily Johnson Henn