**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Bryan P. Thompson (SBN 354683)
*bthompson@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Matthew B. George (SBN 239322)
*mgeorge@kaplanfox.com*
Blair E. Reed (SBN 316791)
*breed@kaplanfox.com*
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Tel: 415-772-4700
Fax: 415-772-4707

**COTCHETT, PITRE & McCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
*jcotchett@cpmlegal.com*
Brian Danitz (SBN 247403)
*bdanitz@cpmlegal.com*
Karin B. Swope (*PHV forthcoming*)
*kswope@cpmlegal.com*
Gia Jung (SBN 340160)
*gjung@cpmlegal.com*
Vasti S. Montiel (SBN 346409)
*vmontiel@cpmlegal.com*
Pierce H. Stanley (SBN 352152)
*pstanley@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, California 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

*Counsel for Plaintiffs, [Proposed] Interim Co-Lead Counsel, and Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER LANDSHEFT, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No.: 25-cv-02668-NW<br><br>Assigned for All Purposes to:<br>Courtroom 3; Hon. Noël Wise<br><br>**CLASS ACTION**<br><br>**JOINT DECLARATION IN SUPPORT OF PLAINTIFFS' STIPULATION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL PURSUANT TO FED. R. CIV. P. 23(G)**<br><br>Complaint Filed: March 19, 2025 |

| | |
|---|---|
| MICHAEL HOPKINS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No.: 25-cv-02914-NW<br><br>Assigned for All Purposes to: Courtroom 3; Hon. Noël Wise<br><br>Complaint Filed: March 28, 2025 |
| COREY MARTIN and TYSHAUN BUTLER, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No.: 25-cv-03205-NW<br><br>Assigned for All Purposes to: Courtroom 3; Hon. Noël Wise<br><br>Complaint Filed: April 9, 2025 |
| CHRISTIAN VARBANOVSKI, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs<br><br>v.<br><br>APPLE INC.,<br><br>       Defendant. | Case No.: 25-cv-03517-NW<br><br>Assigned for All Purposes to: Courtroom 3; Hon. Noël Wise<br><br>Complaint Filed: April 22, 2025 |

JOINT DECLARATION IN SUPPORT OF PLAINTIFFS' STIPULATION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL PURSUANT TO FED. R. CIV. P. 23(G)

**JOINT DECLARATION OF PLAINTIFFS' COUNSEL RYAN J. CLARKSON, LAURENCE D. KING, AND BRIAN DANITZ**

Ryan J. Clarkson, Laurence D. King, and Brian Danitz hereby declare as follows:

1. Ryan J. Clarkson is the managing partner at Clarkson Law Firm, P.C. ("Clarkson"), counsel for Plaintiff Peter Landsheft. I make this declaration in support of Plaintiffs' Stipulation to Consolidate Cases and Appoint Interim Class Counsel. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. Laurence D. King is the West Coast managing partner at Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), counsel for Plaintiff Christian Varbanovski. I make this declaration in support of Plaintiffs' Stipulation to Consolidate Cases and Appoint Interim Class Counsel. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

3. Brian Danitz is partner in the law firm of Cotchett, Pitre & McCarthy's ("CPM"), counsel for Plaintiffs Corey Martin and Tyshaun Butler. I make this declaration in support of Plaintiffs' Stipulation to Consolidate Cases and Appoint Interim Class Counsel. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

4. Clarkson, Kaplan Fox and CPM, along with Miller Shah, LLP, and Chimicles Schwartz Kriner & Donaldson-Smith LLP, have conducted an extensive investigation of the potential legal claims arising from Defendant's claims related to the Apple Intelligence feature, conducted substantial legal and factual research regarding the case, analyzed Defendant's representations and advertisements regarding Apple Intelligence, investigated the potential damages model for the claims in this action, evaluated the adequacy of the named plaintiffs, and drafted and filed the above-captioned complaints.

5. The Proposed Interim Co-Lead Counsel have the necessary experience, knowledge, and skill to lead this case, and are well-versed in prosecuting large-scale consumer class actions and

other complex litigation cases such as this. The Proposed Interim Co-Lead Counsel have already performed significant work to identify, investigate, and prosecute these claims. The firms have committed substantial, yet appropriate, time and resources to organizing and working toward the advancement of this litigation, investigating, and researching the potential legal theories and claims at issue, and researching and reviewing information relating to the factual underpinnings of Defendant's claims related to Apple Intelligence that are at issue in this litigation.

6. The firms continue to perform due diligence in following up on all issues and conducting further investigation of the facts and potential claims available to Plaintiffs and the putative Class members based on Defendant's representations regarding Apple Intelligence and the iPhone 16 features. Proposed Interim Co-Lead Counsel will continue to make meaningful progress in co-prosecuting this action.

7. Attached hereto as **Exhibit A** is a true and correct copy of Clarkson's firm resume.

8. Founded in 2014, Clarkson Law Firm ("Clarkson") has rapidly established itself as a leading public interest class action firm. Headquartered in Malibu, California, with additional offices across the United States, including San Francisco, San Diego, New York, Washington, D.C., and Detroit, the 25-attorney firm is known for its complex class action work in consumer protection, including false advertising, data privacy, artificial intelligence, and unfair business practices across a range of industries. Clarkson's attorneys are known for their innovative and diverse backgrounds, driven by a shared commitment to justice. The firm's success is evident through its impressive track record of wins in contested class certification motions, groundbreaking class-action settlements, leadership appointments in complex MDLs, and precedent-setting appellate victories on behalf of consumers.

9. Clarkson has a long history of success in false advertising class actions, including multimillion dollar settlements against major corporations for a variety of misleading claims. *See, e.g., Kandel, et. al., v. Dr. Dennis Gross Skincare, LLC,* No. 1:23-cv-01967-ER (S.D.N.Y. 2024) (obtained a nationwide class action settlement in false advertising case involving expensive cosmetic

1  products delivering nearly full restitution to class members resulting in a 23.8% claims rate, more
2  than 5 times what is typically seen in similar matters); *Hezi v. Celsius Holdings, Inc.,* Case No. 1:21-
3  cv-09892-JHR (S.D.N.Y.) (obtaining a nationwide settlement for falsely labeled beverages as
4  containing no preservatives); *O'Brien and Kipikasha v. Sunshine Makers, Inc.,* San Bernardino
5  Superior Court, Case No. CIVSB2027994 (Sept. 21, 2021) (false labeling and advertisement of
6  products as "Non-Toxic;" Clarkson appointed Class Counsel and final approval of settlement for the
7  nationwide class granted by Hon. David Cohn on September 21, 2021); *White v. GSK Consumer*
8  *Healthcare Holdings (USA) LLC,* Case No. 5:20-cv-04048 (N.D. Cal.) (false labeling and
9  advertisement of products as "100% Natural" and "Clinically proven to curb cravings;" Clarkson
10 Law firm appointed Class Counsel and final approval of a nationwide class granted by Hon. Nelson
11 S. Roman on November 22, 2021); *Prescott v. Bayer Healthcare, LLC,* Case No. 20-cv-00102-NC
12 (N.D. Cal.) (false labeling and advertisement of products as "Mineral-based;" Clarkson Law Firm
13 appointed Class Counsel and final approval of a nationwide class settlement granted by Hon.
14 Nathanael M. Cousins on December 15, 2021).

15    10.    Critical victories for consumers at the appellate level include some of the most
16 influential consumer protection rulings in the past five years. Among them is *Salazar v. Walmart*, in
17 which the California Court of Appeals reversed the dismissal of false advertising claims, clarifying
18 important protections for consumers under California law. *Salazar v. Walmart Inc.,* 83 Cal. App. 5th
19 561, 570 (Sept. 19, 2022). Clarkson's work in this matter was recognized as the year's top result for
20 consumers in California Daily Journal's Top Verdicts of 2023. *See also Salazar v. Target Corp.,* 83
21 Cal. App. 5th 571 (Sept. 19, 2022) (a parallel case to *Walmart*, where Clarkson obtained reversal in
22 a substantially similar matter). Last year, Clarkson also secured a favorable Ninth Circuit ruling for
23 consumers in *Whiteside v. Kimberly Clark Corp*, widely regarded as the Court's most significant
24 post-*McGinty* ruling clarifying the legal standard for false advertising cases at the pleading stage. *See*
25 *Whiteside v. Kimberly Clark Corp.,* 108 F.4th 771 (9th Cir. 2024).

3

11. Ryan Clarkson is the founder and managing partner of Clarkson, resident in the firm's California headquarters. Shaped by humble beginnings growing up in a suburban Detroit factory town and motivated by his desire to deliver justice for the underserved, Mr. Clarkson focuses his practice on complex class actions. He has prosecuted hundreds of false advertising, consumer, and other class actions across a range of areas, including fraudulent use of artificial intelligence, defective pharmaceutical drugs and medical devices, greenwashing, illegal employment practices, cosmetics mislabeling, food misbranding, data misuse and privacy, and insurance carrier bad faith.

12. A force for accountability in how big corporations label, advertise, and market consumer goods and services, Mr. Clarkson has helped to obtain the largest ever false advertising settlements involving fraudulent packaging, free-from food mislabeling, and false collagen cosmetics claims, serving as lead counsel in each of these record-setting results. Prior to founding Clarkson, Mr. Clarkson practiced consumer class action law at a prominent firm in Los Angeles, where he exclusively litigated consumer class actions against pharmaceutical companies, insurance carriers, food manufactures, and other consumer goods manufacturers.

13. Mr. Clarkson has also been appointed to leadership positions in state and federal class action litigation, including complex and multi-district class action litigation. Recent high-profile cases include *Hasson v. Comcast Cable Communications LLC,* No. 2:23-cv-05039-JMY (E.D. Pa. 2023), where he was appointed as a member of the Plaintiffs' Executive Committee in a complex data breach multi-district litigation class action involving 36 million consumers. Mr. Clarkson was also recently appointed to the executive leadership committee in *In re Samsung,* a multidistrict data breach litigation impacting millions of consumers. *In re Samsung Customer Data Security Breach Litigation* (D.N.J., No. 1:23-MD-03055-CPO-EAP). The court appointed him upon an enthusiastic endorsement by co-counsel for "set[ting] a collaborative and cooperative tone among counsel throughout the MDL process." *See* Letter from James E. Cecchi to the Hon. Christine P. O'Hearn, U.S.D.J., Submitting Proposed Leadership Structure at 15, *In re Samsung Customer Data Security Breach Litigation* (D.N.J. Mar. 3, 2023, No. 1:23-MD-03055-CPO-EAP), ECF No. 13, ("Mr.

Clarkson and his firm took a lead role in cooperating with all other counsel to avoid the need for an MDL . . . Mr. Clarkson has received broad support from other counsel involved in this matter to advocate for and advance the interests of the class.").

14. Mr. Clarkson has also been on the forefront of important legal movements. He was the first attorney in the country to represent clients suffering permanent and disabling nerve damage caused by Levaquin, Cipro, and Avelox antibiotics manufactured by Johnson & Johnson and Bayer Pharmaceuticals, a groundbreaking effort that helped to secure millions of dollars in compensation for victims nationwide.

15. More recently, Mr. Clarkson's consumer protection work involving fraudulent uses of artificial intelligence, and related unfair business practices, has received broad coverage nationwide and delivered important early victories to protect consumers in the new AI economy. For example, he represents millions of consumers whose health insurance claims were unfairly denied by Cigna and UnitedHealth through use of an AI tool without adequate investigation or against recommendations by doctors. *See Kisting-Leung v. Cigna Corp.*, No. 2:23-cv-01477-DAD-CSK, 2025 U.S. Dist. LEXIS 61242, at *2 (E.D. Cal. Mar. 30, 2025) (denying motion to dismiss for equitable relief under ERISA § 502(a)(3) and California Unfair Competition Law claim, in a case involving a use of predictive AI algorithms to deny extended care to patients); *Est. of Lokken v. UnitedHealth Grp., Inc.,* No. 23-3514 (JRT/DJF), 2025 U.S. Dist. LEXIS 27262, at *2 (D. Minn. Feb. 13, 2025) (declining to dismiss claims that UnitedHealth breached contractual obligations by relying on AI instead of doctors to deny vital post-acute care for elderly and other patients). Mr. Clarkson is also one of the lead attorneys prosecuting Google for infringing the copyrighted works of millions of authors to build and deploy its AI Products. *In re Google Generative AI Copyright Litigation,* Master File Case No.: 5:23-cv-03440-EKL (N.D. Cal).

16. Mr. Clarkson is a frequent speaker and guest lecturer at national and international class action law conferences, law schools, podcasts, and national media on a variety of cutting-edge legal issues including false advertising, artificial intelligence/technology, class and mass actions, and law

5
JOINT DECLARATION IN SUPPORT OF PLAINTIFFS' STIPULATION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL PURSUANT TO FED. R. CIV. P. 23(G)

practice management. He is the primary or co-author of several consumer protection articles and resources, including most recently co-authoring the latest (2025) *International Comparative Legal Guides'* chapter on Consumer Protection Laws and Regulations in the USA. Widely respected by his peers, Mr. Clarkson has been recognized as a Super Lawyer in Class Actions & Mass Torts five years running (2021-2025) and named among the National Trial Lawyers' Top 100 Civil Plaintiff Attorneys (2022).

17. In addition to his client work, Mr. Clarkson is dedicated to serving the larger community. He is a Director Emeritus for the Los Angeles Trial Lawyers Charity (LATLC), which provides food, clothing, shelter, and financial aid to underserved and marginalized communities. He also co-founded and serves on the board of directors of the Adam Clarkson Foundation, which supports the higher-education needs of children who have lost a parent.

18. Attached hereto as **Exhibit B** is a true and correct copy of Kaplan Fox's firm resume.

19. Kaplan Fox is highly experienced in complex class actions and multidistrict litigations across the spectrum of cases involving antitrust, securities, consumer protection, and information privacy laws. Founded in 1954, Kaplan Fox is one of the most established plaintiffs' litigation practices in the country, and the firm's early commitment to high-stakes litigation continues to the present day. The National Law Journal has named Kaplan Fox to its list of the nation's top 10 "hot" litigation boutiques and more than half of the firm's partners have been rated "Super Lawyers." The firm has thirty-one lawyers and offices in New York, Los Angeles, Oakland, and Chicago. To date, the firm has recovered more than $5 billion for its clients and classes, including notable matters such as *In re Bank of America Corp. Sec. Deriv., and ERISA Litig.*, No. 1:09-md-020508 (S.D.N.Y.), in which as one of three co-lead counsel, Kaplan Fox recovered $2.425 billion for investors just weeks before trial—one of the largest recoveries in the history of securities class actions; and *In re Air Cargo Shipping Servs., Antitrust Litig.*, No. 06-md-1775 (E.D.N.Y.), in which as one of four co-lead counsel representing direct purchasers alleging violations of antitrust laws, Kaplan Fox recovered more than $1 billion in settlements. Kaplan Fox's West Coast managing partner, Laurence King, served as co-

lead counsel in *In re Apple Inc. Device Performance Litigation*, No. 5:18-md-02827 (N.D. Cal.), in which the Court granted final approval of a $310 million settlement.

20. Mr. King joined Kaplan Fox in 1994 after serving in Manhattan (New York County) District Attorney's Office where he tried numerous felony prosecutions to a jury verdict. In addition to managing the firm's California offices, Mr. King leads Kaplan Fox's consumer protection practice group. As one of two co-lead counsel in the *In re Apple* matter, he efficiently managed twenty law firms alleging claims that Apple unlawfully throttled the performance of certain older models of iPhones. In appointing Mr. King, Judge Edward Davila noted that plaintiffs' leadership "demonstrated an ability to cooperate with a range of different interests that span across law firms, practice groups, geography, and gender and introduce[d] smaller firms into the litigation experience." *In re Apple*, ECF No. 99. Mr. King was also recently appointed to lead the prosecution of claims against accounting firms and as a member of the Executive Committee in the *In re FTX Cryptocurrency Exchange Collapse Litig.*, MDL No. 2076 (S.D. Fla.), and has served in leadership roles in numerous class actions in courts across the nation for over thirty years.

21. Kaplan Fox also has broad experience in consumer protection class actions involving emerging technology and deceptive business practices. For example, Kaplan Fox was co-lead counsel in *In re Robinhood Outages Litigation*, No. 20-cv-01626 (N.D. Cal.), representing investors harmed by critical outages of a trending securities trading app and recovered a $9.9 million settlement. Mr. King was also co-lead counsel in *In re Yahoo Mail Litigation*, No. 13-cv-04980 (N.D. Cal.), before Judge Koh, and obtained notable court rulings and an injunction arising from claims Yahoo was scanning consumers' email in violation of state and federal wiretap laws. In addition, Kaplan Fox was appointed to the leadership team that obtained a $25 million recovery on behalf of financial institutions impacted by Home Depot's massive breach in *In re Home Depot, Inc., Customer Data Security Breach Litig.*, No. 1:14-md-02583 (N.D. Ga.), and is co-lead counsel in *In re Illuminate Education Data Security Incident Litig., Inc.*, No. 8:22-cv-01164 (C.D. Cal.), a data breach case alleging the mishandling of students' private information pending before the Ninth Circuit. Kaplan

1  Fox's prior experience will greatly benefit consumers impacted by Apple's deceptive advertising around its purported AI capabilities.

22. Kaplan Fox has been dedicated to the prosecution of this action to date and will remain so through all stages of litigation, trial, settlement, and appeals. Mr. King's role in the *In re Apple* has all but concluded because all appeals are resolved and settlement payments have nearly all been distributed. His deft management of that sprawling litigation that originally involved dozens of cases aptly demonstrates his ability to work cooperatively with plaintiffs' counsel, defense counsel, and the Court. He will be supported by a dedicated team of attorneys and support staff at Kaplan Fox with pertinent consumer protection and technology experience.

23. Attached hereto as **Exhibit C** is a true and correct copy of Cotchett, Pitre & McCarthy's firm resume.

24. Cotchett, Pitre & McCarthy ("CPM") has extensive experience of litigating complex class actions. The firm has served as lead or co-lead counsel in scores of class and complex litigation actions, both in this District as well as throughout the country. CPM has obtained billions of dollars in recoveries for the classes it has represented. Brian Danitz is a partner at CPM with substantial experience in complex civil litigation, including in consumer class actions. Mr. Danitz and the firm are well-qualified with excellent credentials and the requisite experience to lead in this case.

25. Based on the San Francisco Peninsula for over half a century, CPM engages exclusively in litigation and trials. The firm's dedication to prosecuting or defending socially just actions has earned it a national reputation. With offices in Burlingame, Los Angeles, Seattle, and New York, the core of the firm is its people and their dedication to principles of law, work ethic, and commitment to justice. CPM is universally recognized as one of the foremost trial firms and strategists in the country. CPM has been repeatedly named to the National Law Journal's list of top plaintiff litigation firms in the United States, and the National Law Journal named CPM to its inaugural list of Elite Trial Lawyers. The Daily Journal, California's leading legal publication, has also named CPM as one of the top law firms in Northern California that have extensive actual trial

experience in complex cases. CPM has served as lead or co-lead counsel in numerous class action and complex cases in federal and California state courts. The firm possesses extensive experience in cases based on consumer protection and unfair competition statutes, product defects, mass torts, privacy and data breaches, and antitrust and securities matters, among other practice areas. CPM also has the resources necessary to vigorously prosecute complex actions and to protect the interests of the class members and, importantly, has proven trial experience. CPM has been acknowledged by courts and counsel for trying complex cases efficiently and effectively to courts and juries. CPM has served in a leadership capacity in many of the largest and most complex consumer class action cases in the country.

26. Brian Danitz is a partner at CPM with two decades of experience representing clients in state and federal complex litigation and consumer class actions. Mr. Danitz currently serves as co-lead counsel in *In re Bank of America California Unemployment Benefits Litigation* (Case No. 3:21-md-02992-GPC-MSB), a multidistrict litigation pending in the U.S. District Court for the Southern District of California asserting claims on behalf of over 100,000 California EDD debit cardholders deprived of access to their UI benefits and plaintiffs have successfully obtained a preliminary injunction and provisional class certification in that case.

27. Mr. Danitz and CPM are adept at handling complex consumer class actions involving advanced technologies as demonstrated by the following examples and the list of cases in the attached firm resume. In this district, CPM, together with co-lead counsel Kaplan Fox, represented a national class of consumers in *In re Apple Inc. Device Performance Litigation*, No. 5:18-md-02827-EJD (N.D. Cal.), securing a settlement that provided for a non-reversionary minimum class settlement amount of $310 million, with a maximum class settlement amount of $500 million. The claims at issue in that nationwide class action against Apple Inc. included violation of California and federal computer intrusion statutes, and extensive technical issues raised in the pleading, discovery, and damages phases of the case. In addition to arguing major motions, including motions to dismiss, CPM led discovery efforts involving the review of millions of documents and depositions of Apple employees

and proposed class representatives. After two years of intense litigation, Apple agreed to the historic payment of up to $500 million.

28.  And Brian Danitz currently represents a nationwide putative class of Google account holders alleging that, every second of every day, Google shares and sells its users' personal information, without informed consent, to participants in its real-time bidding auctions for targeted advertising. *In re Google RTB Consumer Privacy Litigation*, No. 5:21-cv-02155-YGR (N.D. Cal.). CPM's Nanci Nishimura is a member of the five-firm executive committee in that highly complex case, which will impact the privacy interests of over one hundred million consumers across the nation. On May 7, 2025, the parties provided notice of a settlement in principle to resolve this litigation on a classwide basis.

29.  CPM served as co-lead counsel in *In re Yahoo! Inc. Shareholder Litigation*, No. 17-CV-307054 (Santa Clara County Super. Ct.), a derivative action involving novel issues and reportedly resulting in the first derivative recovery based on a data breach. Yahoo! disclosed two of the largest data breaches in history, impacting 500 million and one billion of its users, respectively. As co-lead counsel of the Yahoo! derivative litigation, CPM additionally sought injunctive relief relating to Yahoo!'s proposed merger with Verizon and its inadequate disclosure of the breaches in proxy materials. CPM won permission to take expedited discovery and deposed Yahoo!'s Chief Information Security Officer. Citing the evidence uncovered, the Santa Clara County Superior Court ultimately required Yahoo! to amend its proxy materials and, shortly thereafter, CPM negotiated a $29 million derivative settlement and established law that will have important implications for future data-breach related litigation.

30.  CPM secured a combined $219 million in *In re Medical Capital Securities Litigation*, No. SA CV 09-1048-DOC-RNB (C.D. Cal.), one of the largest recoveries against indenture trustees in U.S. history and the largest Ponzi scheme recovery in California history. CPM also secured a $77 million settlement as lead counsel in *In re Static Random Access Memory (SRAM) Antitrust Litigation*, No. 4:07-md-01819-CW (N.D. Cal.). In *In re Bextra and Celebrex Marketing Sales*

*Practices and Product Liability Litigation*, No. MDL-1699 (N.D. Cal.), CPM, as co-lead trial counsel, secured $894 million to settle the consolidated injury and class action cases against Pfizer. As co-lead counsel for the end-payor plaintiffs in In re Automotive Parts Antitrust Litigation, Case No. 2:12-md-02311-SFC (E.D. Mich.), CPM helped recover over $1.2 billion.

31. Among others, Mr. Danitz will be working with his law partners Joe Cotchett, Nanci Nishimura, Thomas Loeser, and Karin Swope on this case.

32. Attached hereto as **Exhibit D** is a true and correct copy of Miller Shah's firm resume.

33. Miller Shah LLP ("Miller Shah") has a lengthy history of representing consumers, businesses, employees and other clients in class actions and commercial litigation nationwide. Miller Shah maintains offices in California (Irvine, Los Angeles, San Deigo and San Francisco), Connecticut, Florida, New Jersey, New York and Pennsylvania.

34. James C. Shah is a named partner at the law firm of Miller Shah. Mr. Shah joined the firm currently known as Miller Shah as a Partner in 2002. He previously worked at Pelino & Lentz, P.C. in Philadelphia, Pennsylvania. Mr. Shah is admitted to practice law in the states of California, New Jersey, New York and Wisconsin, as well as the Commonwealth of Pennsylvania. He is also admitted to practice law in numerous federal courts, including the United States District Courts for the Central, Eastern, Northern and Southern Districts of California; District of Connecticut; Eastern District of Pennsylvania; District of New Jersey; Eastern District of Wisconsin; United States Court of Appeals for the Second, Third, Ninth and Eleventh Circuits; and the United States Supreme Court. Mr. Shah concentrates his practice on consumer, ERISA and qui tam litigation, as well as complex commercial and employment matters. He earned his undergraduate degree in Political Science from the University of Oregon and law degree from Temple University School of Law.

35. James Shah has a lengthy history of representing consumers, employees, businesses and other clients in class actions and commercial litigation. A representative sample of Miller Shah's consumer cases includes the following:

- Co-lead counsel in *Rodman v. Safeway Inc.,* (N.D. Ca.), 3:11-cv-03003 (Hon. Jon S. Tigar) ($43 million damages judgment);
- Co-Lead Counsel: *In re: Caterpillar, Inc.,* C13 and C15 Engine Products Liability Litigation, MDL No. 2540 (D.N.J.) (Hon. Chief Judge Jerome B. Simandle) ($60 million common fund settlement of claims involving defective diesel emissions control technology);
- Co-Lead Counsel: *Q+Food v. Mitsubishi Fuso Truck of America, Inc.* (D.N.J.), 3:14-cv-06046 (Hon. Douglas E. Arpert) ($17.5 million common fund settlement of claims involving defective diesel emissions control technology);
- Co-Lead Counsel: *In re: Ford Motor Co. Spark Plug and 3-Valve Engine Products Liability Litigation* (N.D. Oh.), 1:12-md–02316 (Hon. Benita Y. Pearson) (nationwide settlement of engine defect claims);
- Co-Lead Counsel: *In re Land Rover LR3 Tire Wear Products Liability Litig.,* MDL No. 2008 (C.D. Cal.) (Hon. Andrew J. Guilford) (nationwide settlement of alignment defect claims);
- Co-Lead Counsel: *In re: Michelin North America, Inc. PAX System Marketing and Sales Practices Litigation,* MDL No. 1911 (D. Md.) (Hon. Robert W. Titus) (nationwide settlement of vehicle defect claims);
- Co-Lead Counsel: *Chandran v. BMW of North America, LLC, et al.,* Case No. 2:08-CV-02619 (D.N.J.) (Hon. Katharine S. Hayden) (nationwide settlement of tire defect claims);
- Co-Lead Counsel: *Henderson, et al. v. Volvo Cars of N.A., LLC,* 2:09-cv-04146 (D.N.J.) (Hon. Claire C. Cecchi) (nationwide settlement of defective transmission claims);
- Co-Lead Counsel: *In re: LG Front Load Washing Machine Class Action Litig.,* 2:08-cv-00051 (D.N.J.) (Hon. Madeline Cox Arleo) (nationwide settlement of washing machine defect claims);

- Plaintiffs' Steering Committee: *In re: MI Windows and Doors Inc. Products Liability Litigation,* MDL 2333 (D.S.C.) (Hon. David C. Norton) (nationwide settlement of window defect claims);
- Co-Lead Counsel: *D'Andrea v. K. Hovnanian, et al.,* L-734-06 (Sup. Ct. NJ) (Hon. Jean B. McMaster) ($21 million common fund settlement of claims involving defective HVAC systems);
- Co-Lead Counsel: *Koertge, et al. v. LG Electronics USA, Inc.,* No. 2:12-cv-6204 (D.N.J.) (Hon. Jose L. Linares) (nationwide settlement of stereo defect claims);
- Co-Lead Counsel: *Leiner v. Johnson & Johnson Consumer Companies, Inc.,* 15-cv-5876 (N.D. Ill.) (Hon. Elaine E. Bucklo) (nationwide settlement of false advertising claims);
- Co-Lead Counsel: *Gay v. Tom's of Maine, Inc.,* 14-cv-60604 (S.D. Fl.) (Hon. Chief Judge K. Michael Moore) (nationwide settlement of false advertising claims); and
- Co-Lead Counsel: *Trewin v. Church & Dwight Co., Inc.,* 3:12-cv-01475 (D.N.J.) (Hon. Michael A. Shipp) (nationwide settlement of false advertising claims).

36. Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Chimicles Schwartz Kriner & Donaldson-Smith LLP ("Chimicles firm").

37. In its over three decades of existence, the Chimicles Firm has developed a national reputation for excellence as one of the leading firms of the plaintiffs' class action bar. From its offices in Haverford, Pennsylvania and Wilmington, Delaware, the Chimicles Firm prosecutes complex class actions and shareholder derivative litigation in state and federal courts throughout the nation.

38. Timothy Mathews, a partner in the Chimicles firm, has been described "among the most capable and experienced lawyers in the country" in consumer class action litigation. *Chambers v. Whirlpool*, 214 F. Supp 3d 877 (C.D.Cal. 2016). Among his accomplishments, he achieved several full recoveries in consumer class actions in this district. *Rodman v. Safeway, Inc.,* No. 11-cv-03003-JST (N.D. Cal.) ($43 million judgment representing full damages plus interest); *In re 24 Hour Fitness*

*Prepaid Mbrshp. Litig.*, No. 16-cv-01668-JSW (full relief settlement); *In re Apple iPhone/iPod Warranty Litig.,* C.A. No. CV-10-01610-RGS ($53 million settlement in case alleging improper iPhone warranty denials; class members received on average 118% of their damages). An accomplished appellate attorney, he served as co-lead counsel in several cases where plaintiffs achieved landmark appellate decisions, including two decisions of the Supreme Court of California establishing the rights of California taxpayers to seek class action tax refunds. *Ardon v. City of L.A.,* 52 Cal. 4th 241, 255 P.3d 958 (Cal. 2011); *McWilliams v. City of Long Beach*, 56 Cal. 4th 613, 300 P.3d 886 (Cal. 2013). Additional cases where Mr. Mathews achieved outstanding results on behalf of classes of consumers, investors, and taxpayers are set forth in Exhibit E.

39. We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 9, 2025 at Malibu, California

*/s/ Ryan J. Clarkson*
Ryan J. Clarkson, Esq.

Executed on May 9, 2025 at Oakland, California.

*/s/ Laurence D. King*
Laurence D. King, Esq.

Executed on May 9, 2025 at Burlingame, California.

*/s/ Brian Danitz*
Brian Danitz, Esq.

Executed on May 9, 2025 at Los Angeles, California.

*/s/ James C. Shah*
James Shah, Esq.

Executed on May 9, 2025 at Haverford, Pennsylvania.

*/s/ Timothy Mathews*
Timothy Mathews, Esq.

JOINT DECLARATION IN SUPPORT OF PLAINTIFFS' STIPULATION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL PURSUANT TO FED. R. CIV. P. 23(G)