**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
Yana Hart (SBN 306499)
Bryan P. Thompson (SBN 354683)
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Facsimile: (213) 788-4070
Email: rclarkson@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com
Email: bthompson@clarksonlawfirm.com

*Interim Co-Lead Counsel for Plaintiffs
and the Proposed Class
(additional counsel on signature page)*

**COVINGTON & BURLING LLP**
Emily Johnson Henn (SBN 269482)
Kathryn E. Cahoy (SBN 298777)
Megan L. Rodgers (SBN 310344)
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com
Email: mrodgers@cov.com

*Counsel for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER LANDSHEFT, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　Defendant.<br><br>This Document Relates To:<br>Case Nos. 25-cv-02914-NW, 25-cv-03205-NW, 25-cv-03517-NW, 25-cv-04160-VKD | Case No.: 25-cv-02668-NW<br><br>Assigned for All Purposes to:<br>Courtroom 3; Hon. Noël Wise<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE: PLEADING SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: March 19, 2025 |

STIPULATION AND [~~PROPOSED~~] ORDER RE: PLEADING SCHEDULE AND INITIAL CMC

Plaintiffs Peter Landsheft, Michael Hopkins, Corey Martin, Tyshaun Butler, Christian Varbanovski, Michael Accardi, Linda Andrews, Brian Beach, Patricia Bush, Devin Lloyd, and Adam Ragsdale ("Plaintiffs") and Defendant Apple Inc. ("Defendant") (collectively "the Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on March 19, 2025, Plaintiff Landsheft filed his action in this district, titled *Peter Landsheft v. Apple Inc.,* Case No. 25-cv-02668-NW;

**WHEREAS**, on March 28, 2025, Plaintiff Hopkins filed his action in this district, titled *Michael Hopkins v. Apple Inc.*, Case No. 25-cv-02914-NW;

**WHEREAS**, on April 4, 2025, an Initial Case Management Conference was set in the *Landsheft* case for June 24, 2025, at 9:00 a.m.;

**WHEREAS**, on April 9, 2025, Plaintiffs Martin and Butler filed their action in this district, titled *Martin, et al., v. Apple Inc.*, Case No. 25-cv-03205-NW;

**WHEREAS**, on April 22, 2025, Plaintiff Varbanovski filed his action in this district, titled *Christian Varbanovski v. Apple Inc.*, Case No. 25-cv-03517-NW;

**WHEREAS**, between April 11, 2025 and April 24, 2025, plaintiffs in the *Martin*, *Hopkins*, and *Varbanovski* cases filed motions to relate their cases to the *Landsheft* case. *See* Dkts. 16–18;

**WHEREAS**, On April 29, 2025, the Court issued a Related Case Order relating the *Martin*, *Hopkins* and *Varbanovski* cases to the *Landsheft* case the ("Related Cases"). *See* Dkt. 21;

**WHEREAS**, on April 30, 2025, the Court reset the Initial Case Management Conferences in each of the *Martin*, *Hopkins*, and *Varbanovski* cases to August 19, 2025 at 9:00 a.m. *See Martin* Dkt. 20; *Hopkins* Dkt. 25; *Varbanovski* Dkt. 12;

**WHEREAS**, on May 14, 2025, Plaintiffs Michael Accardi, Linda Andrews, Brian Beach, Patricia Bush, Devin Lloyd, and Adam Ragsdale filed their action in this district, titled *Accardi, et al., v. Apple Inc.*, Case No. 25-cv-04160-VKD;

**WHEREAS**, on May 19, 2025, the Plaintiffs in the Related Cases filed an Amended Stipulation with Proposed Order to Consolidate Cases and Appoint Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g) ("Plaintiffs' Stipulation to Consolidate and Appoint Counsel") seeking to consolidate all Related Cases under Fed. R. Civ. P. 42, and appoint a leadership structure consisting

of Ryan J. Clarkson of Clarkson Law Firm, P.C., Laurence D. King of Kaplan Fox & Kilsheimer LLP, and Brian Danitz of Cotchett, Pitre & McCarthy, LLP as Interim Co-Lead Counsel and that James Shah of Miller Shah LLP, Timothy Mathews of Chimicles Schwartz Kriner & Donaldson-Smith LLP, and Jeremy A. Lieberman of Pomerantz, LLP be appointed to an Executive Committee. Dkt. 27;

**WHEREAS,** on May 22, 2025, the Court granted the Plaintiffs' Stipulation to Consolidate Cases and Appoint Interim Co-Lead Counsel, consolidating the *Martin*, *Hopkins*, *Varbanovski*, and *Accardi* actions into *Landsheft* and appointed Ryan J. Clarkson of Clarkson Law Firm, P.C., Laurence D. King of Kaplan Fox & Kilsheimer LLP, and Brian Danitz of Cotchett, Pitre & McCarthy, LLP as Interim Co-Lead Counsel. Dkt. 28. The Court further ordered that "all pending schedules, deadlines, or dates" in the *Martin*, *Hopkins*, *Varbanovski*, and *Accardi* cases "shall be terminated." *Id.* As a result, pending deadlines to respond to the complaints and dates set for Initial Case Management Conferences have been vacated in each of the Related Cases except for the *Landsheft* case;

**WHEREAS,** another related action, *Skyler Mamone Feldt v. Apple Inc.*, Case No. 2:25-cv-00353, was filed in the United States District Court for the District of Utah on May 5, 2025, and transferred to the U.S. District Court for the Northern District of California on May 20, 2025, but at the time of the filing of this stipulation, has not been assigned a case number in this Court. Co-Lead Counsel has conferred with counsel in the *Feldt* action, and counsel in *Feldt* does not object to consolidation of their matter into *Landsheft*;

**WHEREAS**, the Parties have met and conferred and agree that a schedule based on the anticipated filing of a consolidated complaint will benefit all parties and conserve the Court's time and resources;

**NOW THEREFORE**, the parties hereby stipulate to the following proposed schedule, subject to the order of the Court:

1. Plaintiffs shall file their Consolidated Class Action Complaint ("CCAC") on or before July 21, 2025;
2. Defendant shall file its anticipated motion to dismiss the CCAC on or before September 25, 2025;

2
STIPULATION AND [PROPOSED] ORDER RE: PLEADING SCHEDULE AND INITIAL CMC

3. Plaintiffs shall file their opposition to Defendant's motion to dismiss on or before November 6, 2025;

4. Defendant shall file its reply in support of its motion to dismiss on or before December 3, 2025;

5. The hearing on Defendant's motion to dismiss shall take place on December 17, 2025, at 9:00 a.m.;

6. All case deadlines in the Related Cases are vacated, and all cases, other than *Landsheft* shall be administratively closed.

7. The initial case management conference ("CMC") currently set for June 24, 2025, is continued to August 19, 2025, at 9:00 a.m., and the parties shall file their joint initial CMC statement on or before August 5, 2025.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: June 4, 2025      **CLARKSON LAW FIRM, P.C.**

By: */s/ Ryan J. Clarkson*
Ryan J. Clarkson (SBN 257074)
Yana Hart (SBN 306499)
Bryan P. Thompson (SBN 354683)
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
Facsimile: (213) 788-4070
Email: rclarkson@clarksonlawfirm.com
Email: yhart@clarksonlawfirm.com
Email: bthompson@clarksonlawfirm.com

Dated: June 4, 2025      **KAPLAN FOX & KILSHEIMER LLP**

By: */s/ Laurence D. King*
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612

3
STIPULATION AND [PROPOSED] ORDER RE: PLEADING SCHEDULE AND INITIAL CMC

```
                              Telephone: 415-772-4700
                              Facsimile: 415-772-4707
                              Email: lking@kaplanfox.com
                              Email: mgeorge@kaplanfox.com
                              Email: breed@kaplanfox.com
```

**COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Brian Danitz*
Joseph W. Cotchett (SBN 36324)
Brian Danitz (SBN 247403)
Karin B. Swope (*PHV forthcoming*)
Gia Jung (SBN 340160)
Vasti S. Montiel (SBN 346409)
Pierce H. Stanley (SBN 352152)
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com
Email: bdanitz@cpmlegal.com
Email: kswope@cpmlegal.com
Email: gjung@cpmlegal.com
Email: vmontiel@cpmlegal.com
Email: pstanley@cpmlegal.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Dated: June 4, 2025                **COVINGTON & BURLING LLP**

By: */s/ Megan L. Rodgers*
**COVINGTON & BURLING LLP**
Emily Johnson Henn (SBN 269482)
Kathryn E. Cahoy (SBN 298777)
Megan L. Rodgers (SBN 310344)
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com
Email: mrodgers@cov.com

*Counsel for Defendant Apple, Inc.*

4
STIPULATION AND [PROPOSED] ORDER RE: PLEADING SCHEDULE AND INITIAL CMC

**ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 4, 2025                **CLARKSON LAW FIRM, P.C.**

                                   */s/ Ryan J. Clarkson*
                                   Ryan J. Clarkson, Esq.

~~[PROPOSED]~~ **ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES:**

1. Plaintiffs shall file their Consolidated Class Action Complaint ("CCAC") on or before July 21, 2025;

2. Defendant shall file its anticipated motion to dismiss the CCAC on or before September 25, 2025;

3. Plaintiffs shall file their opposition to Defendant's motion to dismiss on or before November 6, 2025;

4. Defendant shall file its reply in support of its motion to dismiss on or before December 3, 2025;

5. ~~The hearing on Defendant's motion to dismiss shall take place on December 17, 2025, at 9:00 a.m.;~~ Defendant shall reserve a hearing date for the anticipated motion to dismiss in accordance with the Court's Civil Standing Order.

6. All case deadlines in the Related Cases are vacated, and all cases, other than *Landsheft* shall be administratively closed.

7. The initial case management conference ("CMC") currently set for June 24, 2025, is continued to August 19, 2025, at 9:00 a.m., and the parties shall file their joint initial CMC statement on or before August 5, 2025.

**IT IS SO ORDERED.**

Dated: June 10, 2025

HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE