NOT SIGNED

FILED

JUL 31 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA LANDSHEFT, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No.: 5:25-cv-02668-NW

**MOTION FOR LEAVE TO FILE BRIEF OF MINDCAST AI LLC AS AMICUS CURIAE**

TO THE HONORABLE NANCY L. WHITLOCK, UNITED STATES DISTRICT JUDGE:

MindCast AI LLC ("MindCast") respectfully moves this Court for leave to file the attached brief as *amicus curiae* addressing enhanced analytical frameworks for AI-era consumer protection law and the evaluation of technologically sophisticated marketing campaigns.

**I. STATEMENT OF INTEREST AND EXPERTISE**

MindCast AI LLC is an independent artificial intelligence platform specializing in institutional behavior analysis and predictive cognitive modeling of legal, regulatory, and market dynamics. MindCast's proprietary Cognitive Digital Twin (CDT) methodology provides scientifically-grounded approaches for analyzing how complex technological marketing campaigns influence consumer decision-making processes. Additional information about MindCast's analytical capabilities is available at www.mindcast-ai.com.

MindCast has no financial interest in the outcome of this litigation, maintains no business relationships with any party, and takes no position on the specific factual allegations regarding Apple's marketing practices or AI product capabilities. However, MindCast's experience analyzing consumer behavior patterns in technology marketing contexts reveals significant

analytical gaps in current legal frameworks that may impede effective judicial evaluation of AI-era consumer protection claims.

## II. RELEVANCE AND UNIQUE ASSISTANCE TO THE COURT

This case presents the Court with novel questions about how traditional consumer protection doctrine applies when marketing employs sophisticated digital technologies, behavioral modeling, and AI-enhanced campaigns to shape consumer expectations about emerging capabilities. MindCast's brief addresses three critical areas where enhanced analytical tools may assist the Court:

**AI-Era Marketing Analysis**: MindCast provides frameworks for evaluating marketing campaigns that use advanced psychological targeting, predictive analytics, and narrative construction techniques to influence consumer expectations about technological capabilities that may not yet exist or function as implied.

**Cognitive Modeling Methodologies**: The brief introduces scientifically validated analytical methodologies, including CDT analysis, that can provide objective frameworks for evaluating how specific marketing design elements influence consumer decision-making processes under California's reasonable consumer standard.

**Precedential Framework Development**: MindCast's analysis identifies how the Court's approach to these issues will establish important precedent for consumer protection enforcement across the technology sector, with implications extending to autonomous vehicles, biotechnology, financial technology, and consumer robotics industries.

## III. ANALYTICAL CONTRIBUTION TO JUDICIAL EFFICIENCY

**Enhanced Legal Standards Application**: MindCast's brief provides practical analytical tools for applying California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 et seq.), False Advertising Law (Cal. Bus. & Prof. Code § 17500 et seq.), and Consumers Legal

Remedies Act (Cal. Civ. Code § 1770 et seq.) to technologically sophisticated marketing campaigns that traditional deception analysis may inadequately address.

**Future-Functionality Representation Framework**: The brief proposes analytical frameworks for distinguishing between legitimate aspirational marketing about technological development and campaigns that systematically create expectations about immediate or near-term availability of capabilities that do not yet exist or function as demonstrated.

**Expert Evidence Standards**: MindCast respectfully suggests procedural frameworks for evaluating expert evidence on consumer expectation formation using scientifically validated methodologies as supplemental tools for applying traditional reasonable consumer analysis to complex digital marketing contexts.

## IV. TIMELINESS AND CASE RELEVANCE

This motion is filed at an appropriate stage to assist the Court in developing analytical approaches for the novel legal questions presented. The institutional behavior analysis and consumer protection frameworks identified in MindCast's brief will be relevant regardless of the procedural posture of pending motions and discovery phases.

MindCast's brief addresses legal framework development rather than factual disputes, making early consideration beneficial for case management and potential precedential value.

## V. NO PREJUDICE TO PARTIES

MindCast's analytical framework contributions address legal doctrine development and consumer behavior evaluation methodologies that supplement rather than duplicate party briefing. The brief's focus on enhanced analytical tools for AI-era consumer protection provides perspectives that do not prejudice any party's substantive litigation positions.

The framework development orientation enables parties to incorporate or address MindCast's analytical approaches through their own briefing without compromising litigation strategy or factual development.

## VI. BROADER JUDICIAL AND INSTITUTIONAL VALUE

**Technology Sector Precedent**: This case will establish important precedent for how California consumer protection law applies to AI-era marketing across multiple technology sectors. The analytical frameworks developed here will influence consumer protection enforcement beyond the specific facts involving Apple's marketing practices.

**Judicial Tool Development**: Courts increasingly require enhanced analytical capabilities for evaluating consumer protection claims involving sophisticated digital marketing campaigns that employ behavioral modeling, predictive analytics, and personalized narrative construction techniques.

**Academic and Professional Interest**: MindCast's analytical approach represents emerging methodologies for legal analysis that law schools, regulatory agencies, and technology companies are actively developing to address AI-era legal challenges.

## VII. CONCLUSION AND RELIEF REQUESTED

Federal courts benefit from independent analytical perspectives on emerging legal challenges that require enhanced frameworks for traditional doctrine application. MindCast's brief provides unique cognitive modeling capabilities and consumer behavior analysis that assist the Court in developing precedential approaches to AI-era consumer protection while preserving appropriate boundaries between legitimate innovation marketing and actionable deception.

**WHEREFORE,** MindCast AI LLC respectfully requests that this Court grant leave to file the attached brief as *amicus curiae* and consider the analytical frameworks and enhanced legal standards identified therein for application to AI-era consumer protection claims.

Respectfully submitted,

/s/ Noel Le

**NOEL LE**

*Founder | Architect*

*MindCast AI LLC*

*5306 156th Ave SE*

*Bellevue, WA 98006*

*Telephone: (850) 687-5445*

*Email: noel@mindcast-ai.com*

*Website: www.mindcast-ai.com*

**DATED:** July 30, 2025