**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Bryan P. Thompson (SBN 354683)
*bthompson@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Matthew B. George (SBN 239322)
*mgeorge@kaplanfox.com*
Blair E. Reed (SBN 316791)
*breed@kaplanfox.com*
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Tel: 415-772-4700
Fax: 415-772-4707

**COTCHETT, PITRE & McCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
*jcotchett@cpmlegal.com*
Brian Danitz (SBN 247403)
*bdanitz@cpmlegal.com*
Karin B. Swope (*PHV forthcoming*)
*kswope@cpmlegal.com*
Gia Jung (SBN 340160)
*gjung@cpmlegal.com*
Vasti S. Montiel (SBN 346409)
*vmontiel@cpmlegal.com*
Pierce H. Stanley (SBN 352152)
*pstanley@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, California 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

*Counsel for Plaintiffs, Interim Co-Lead Counsel, and Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER LANDSHEFT, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>  Defendant.<br><br>This Document Relates To:<br>Case Nos. 3:25-cv-07985-TLT | Case No.: 25-cv-02668-NW<br><br>Assigned for All Purposes to:<br>Courtroom 3; Hon. Noël Wise<br><br>**NOTICE OF SERVICE OF ORDER**<br><br>Complaint Filed: March 19, 2025 |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

Case No. 25-cv-02668-NW
NOTICE OF SERVICE OF ORDER

PLEASE TAKE NOTICE that Pursuant to the Court's May 22, 2025, Order to Consolidate Cases and Appoint Interim Lead Counsel ("Order") [ECF 28], Plaintiffs in the consolidated action of *Peter Landsheft v. Apple Inc., Case No.* 25-cv-02668-NW, (collectively "Plaintiffs") hereby provide notice of Order to Counsel of record in the following matter currently pending in the Northern District of California that involve the same or substantially similar issues of law and fact as the consolidated action (*Landsheft v. Apple, Inc,* 25-cv-02668-NW):

1. *Lauren Norman v. Apple Inc.*, 3:25-cv-07985-RLR (N.D. Cal.) (assigned to the Hon. Trina L. Thompson);

The Order entered on May 22, 2025, consolidating cases under *Landsheft* and appointing leadership states: "This order of consolidation also applies to any other cases that are subsequently filed in, removed to, or transferred to this Court involving the same or substantially similar issues of law and fact as the consolidated action (*Landsheft v. Apple, Inc,* 25-cv-02668-NW)."

The *Norman* action is related to the consolidated *Landsheft* action because it relates to Apple, Inc.'s marketing and selling of the iPhone 16 models. The action alleges that Apple made false or misleading statements in marketing the iPhone 16. The related action contains overlapping claims, proposed classes, and requested relief, and will call for the determination of the same or substantially similar questions of law and fact.

Further, the Order indicated that Interim Co-Lead Counsel "shall within 10 days of becoming aware of such action, serve a copy of this Order on all parties in all subsequently filed actions that are removed to, or transferred to this Court involving the same or substantially similar issues of law and fact ("Subsequent Related Action"), and file a notice of service of this Order on the docket in the consolidated action. Any party may raise an objection to consolidation under this Order within 10 days after the filing of such notice. Absent objection such Subsequent Related Action shall be consolidated under *Landsheft v. Apple, Inc,* Case No. 25-cv-02668-NW." [ECF 28].

Case No. 25-cv-02668-NW

NOTICE OF SERVICE OF ORDER

Interim Co-Lead Counsel hereby provides a copy of the May 22, 2025, Order, attached hereto as **Exhibit A**, to counsel in the above referenced matter.

DATED: October 2, 2025                    **CLARKSON LAW FIRM, P.C.**

By: */s/ Ryan J. Clarkson*
Ryan J. Clarkson (SBN 257074)
Yana Hart (SBN 306499)
Bryan P. Thompson (SBN 354683)
*rclarkson@clarksonlawfirm.com*
*yhart@clarksonlawfirm.com*
*bthompson@clarksonlawfirm.com*

DATED: October 2, 2025                    **KAPLAN FOX & KILSHEIMER LLP**

By: */s/ Laurence D. King*
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*breed@kaplanfox.com*

DATED: October 2, 2025                    **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Brian Danitz*
Joseph W. Cotchett (SBN 36324)
Brian Danitz (SBN 247403)
Karin B. Swope (*PHV forthcoming*)
Gia Jung (SBN 340160)
Vasti S. Montiel (SBN 346409)
Pierce H. Stanley (SBN 352152)
*jcotchett@cpmlegal.com*
*bdanitz@cpmlegal.com*
*kswope@cpmlegal.com*
*gjung@cpmlegal.com*
*vmontiel@cpmlegal.com*
*pstanley@cpmlegal.com*

*Interim Co-Lead Counsel*
*for Plaintiffs and the Class*

Case No. 25-cv-02668-NW

NOTICE OF SERVICE OF ORDER

**ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: October 2, 2025                            **CLARKSON LAW FIRM, P.C.**

By: */s/ Ryan J. Clarkson*
       Ryan J. Clarkson, Esq.

Case No. 25-cv-02668-NW

NOTICE OF SERVICE OF ORDER

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, a true and correct copy of the foregoing was electronically filed with the Court and served on all counsel of record via the Court's electronic case filing (ECF) system. I further certify that a copy of the following document(s) was served via electronic mail on the interested party(ies) and/or person(s) identified on the Service List.

*/s/ Ryan J. Clarkson*
Ryan J. Clarkson

## SERVICE LIST

| | |
|---|---|
| Valter Malkhasyan<br>Erik Pogosyan<br>**MALK & POGO LAW GROUP, LLP**<br>1241 S Glendale Ave, Ste. 204<br>Glendale, CA 91205<br>Tel: (818) 484-5204<br>Fax: (818) 824-5144<br>valter@malkpogolaw.com<br>erik@malkpogolaw.com | Counsel for Plaintiff Lauren Norman and the Proposed Class *in Norman v. Apple Inc*, 3:25-cv-07985-TLT |

Case No. 25-cv-02668-NW

NOTICE OF SERVICE OF ORDER