| | |
|---|---|
| 1 | **KAPLAN FOX & KILSHEIMER LLP** |
| | Laurence D. King (SBN 206243) |
| 2 | Matthew B. George (SBN 239322) |
| | Clarissa R. Olivares (SBN 343455) |
| 3 | 1999 Harrison Street, Suite 1501 |
| | Oakland, CA 94612 |
| 4 | Telephone: (415) 772-4700 |
| | Facsimile: (415) 772-4707 |
| 5 | Email:    *lking@kaplanfox.com* |
| |               *mgeorge@kaplanfox.com* |
| 6 |               *colivares@kaplanfox.com* |
| 7 | *Attorneys for Plaintiff Christian Varbanovski* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PETER LANDSHEFT, individually and on behalf of all others similarly situated, | Case No. 5:25-cv-02668-NW |
| Plaintiff, | <u>Class Action</u> |
| v. | **NOTICE OF CHANGE OF FIRM ADDRESS (SUITE NUMBER ONLY)** |
| APPLE INC., | Judge: Hon. Noel Wise |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, effective immediately, Kaplan Fox & Kilsheimer LLP's Oakland office has changed suite numbers and the address information for attorneys of record Laurence D. King and Matthew B. George has changed. The updated address information is:

Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1501
Oakland, CA 94612

All other contact information, including the telephone number, facsimile number, and email addresses for attorneys Laurence D. King and Matthew B. George remains the same.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: October 7, 2025

By: /s/ *Laurence D. King*
   Laurence D. King

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Clarissa R. Olivares (SBN 343455)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
Email:  lking@kaplanfox.com
    mgeorge@kaplanfox.com
    colivares@kaplanfox.com

*Attorneys for Plaintiff Christian Varbanovski*