UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER LANDSHEFT, et al.,<br>    Plaintiffs,<br>  v.<br>APPLE INC.,<br>    Defendant. | Case Nos. 25-cv-02668-NW;<br>25-cv-07985<br><br>**ORDER REGARDING CONSOLIDATION**<br><br>Re: ECF No. 55 |
| LAUREN NORMAN, et al.,<br>    Plaintiffs,<br>  v.<br>APPLE INC.,<br>    Defendant. | |

On October 7, 2025, the Court ordered that *Norman v. Apple Inc.*, Case No. 25-cv-07985, was related to the Consolidated Action, *Landsheft v. Apple Inc.*, Case No. 25-cv-02668. ECF No. 55. Prior to the referral order, the parties in *Norman* filed a stipulation to stay all proceedings pending the outcome of the first-filed case, *Landsheft*. *See* 25-cv-07985, ECF No. 20.

The Court DENIES WITHOUT PREJUDICE the stipulation to stay in *Norman*, ECF No. 20, and ORDERS supplemental briefing on whether, and why, *Norman* should remain separate from the Consolidated Action, *Landsheft*. The parties shall each file supplemental briefs of no more than 5 pages regarding their positions on consolidation of the *Norman* action by Friday, October 24, 2025.

**IT IS SO ORDERED.**

Dated: October 9, 2025

Noël Wise
United States District Judge