| | |
|---|---|
| **CLARKSON LAW FIRM, P.C.**<br>RYAN J. CLARKSON (SBN 257074)<br>rclarkson@clarksonlawfirm.com<br>YANA HART (SBN 306499)<br>yhart@clarksonlawfirm.com<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br><br>**KAPLAN FOX & KILSHEIMER LLP**<br>LAURENCE D. KING (SBN 206423)<br>lking@kaplanfox.com<br>MATTHEW B. GEORGE (SBN 239322)<br>mgeorge@kaplanfox.com<br>1999 Harrison Street, Suite 1501<br>Oakland, CA 94612<br>Tel: 415-772-4700<br><br>**COTCHETT, PITRE & MCCARTHY, LLP**<br>JOSEPH W. COTCHETT (SBN 36324)<br>jcotchett@cpmlegal.com<br>BRIAN DANITZ (SBN 247403)<br>bdanitz@cpmlegal.com<br>KARIN B. SWOPE *(Appearance Pro Hac Vice)*<br>kswope@cpmlegal.com<br>CAROLINE A. YUEN (SBN 354388)<br>cyuen@cpmlegal.com<br>840 Malcolm Road<br>Burlingame, California 94010<br>Tel: (650) 697-6000<br><br>*Interim Co-Lead Counsel for*<br>*Plaintiffs and the Proposed Class* | **COVINGTON & BURLING LLP**<br>EMILY JOHNSON HENN (SBN 269482)<br>ehenn@cov.com<br>KATHRYN E. CAHOY (SBN 298777)<br>kcahoy@cov.com<br>MEGAN L. RODGERS (SBN 310344)<br>mrodgers@cov.com<br>3000 El Camino Real,<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306-2112<br>Tel: (650) 632-4712<br><br>*Counsel for Defendant Apple Inc.* |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PETER LANDSHEFT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California Corporation,<br><br>Defendant. | Civil Case No.: 5:25-cv-02668-NW<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO VACATE CASE DEADLINES**<br><br>Action filed: March 19, 2025<br><br>Honorable Noël Wise |

Pursuant to Civ. L.R. 7-12, Plaintiffs and Defendant Apple Inc. (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have reached an agreement in principle to resolve this matter on a classwide basis;

WHEREAS, the Parties are currently in the process of memorializing that agreement in a formal settlement agreement;

WHEREAS, to facilitate the final settlement and resolution of this matter and to allow the parties to focus their efforts on finalizing and effectuating that resolution, the Parties request that all current dates and deadlines, including the January 7, 2026 hearing on Apple's Motion to Dismiss, be vacated;

WHEREAS, once the settlement agreement and ancillary documents are drafted, negotiated and finalized, Plaintiffs will file a motion for preliminary approval of the settlement;

NOW, THEREFORE, subject to approval by the Court, it is hereby stipulated and agreed by the Parties through their respective undersigned attorneys of record that:

1. All current dates and deadlines, including the January 7, 2026 hearing on Apple's Motion to Dismiss, are hereby vacated.
2. On or before March 18, 2026, the Parties shall file a joint report updating the Court on the status of the settlement or Plaintiffs shall file a motion for preliminary approval by that date.

Respectfully submitted,

DATED: December 18, 2025

COVINGTON & BURLING LLP

By: */s/ Emily Johnson Henn*

EMILY JOHNSON HENN (SBN 269482)
KATHRYN E. CAHOY (SBN 298777)
MEGAN L. RODGERS (SBN 310344)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

*Attorneys for Defendant Apple Inc.*

| | | |
|---|---|---|
| Dated: December 18, 2025 | | **CLARKSON LAW FIRM, P.C.** |
| | By: | */s/ Ryan J. Clarkson* |
| | | RYAN J. CLARKSON |
| | | YANA HART |
| | | BRYAN P. THOMPSON |

| | | |
|---|---|---|
| Dated: December 18, 2025 | | **KAPLAN FOX & KILSHEIMER LLP** |
| | By: | */s/ Laurence D. King* |
| | | LAURENCE D. KING |
| | | MATTHEW B. GEORGE |
| | | BLAIR E. REED |

| | | |
|---|---|---|
| Dated: December 18, 2025 | | **COTCHETT, PITRE & McCARTHY, LLP** |
| | By: | */s/ Brian Danitz* |
| | | BRIAN DANITZ |
| | | JOSEPH W. COTCHETT |
| | | KARIN B. SWOPE |
| | | PIERCE H. STANLEY |
| | | CAROLINE A. YUEN |

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2025

    _____
Hon. Noël Wise
United States District Court Judge

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Emily Johnson Henn, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

DATED: December 18, 2025                    By: */s/ Emily Johnson Henn*

                                                                                           Emily Johnson Henn