**CLARKSON LAW FIRM, P.C.**
RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
YANA HART (SBN 306499)
yhart@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

**KAPLAN FOX & KILSHEIMER LLP**
LAURENCE D. KING (SBN 206423)
lking@kaplanfox.com
MATTHEW B. GEORGE (SBN 239322)
mgeorge@kaplanfox.com
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Tel: 415-772-4700

**COTCHETT, PITRE & MCCARTHY, LLP**
JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
BRIAN DANITZ (SBN 247403)
bdanitz@cpmlegal.com
KARIN B. SWOPE *(Appearance Pro Hac Vice)*
kswope@cpmlegal.com
CAROLINE A. YUEN (SBN 354388)
cyuen@cpmlegal.com
840 Malcolm Road
Burlingame, California 94010
Tel: (650) 697-6000

*Interim Co-Lead Counsel for*
*Plaintiffs and the Proposed Class*

**COVINGTON & BURLING LLP**
EMILY JOHNSON HENN (SBN 269482)
ehenn@cov.com
KATHRYN E. CAHOY (SBN 298777)
kcahoy@cov.com
MEGAN L. RODGERS (SBN 310344)
mrodgers@cov.com
3000 El Camino Real,
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Tel: (650) 632-4712

*Counsel for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PETER LANDSHEFT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California Corporation, <br><br> Defendant. | Civil Case No.: 5:25-cv-02668-NW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT OR MOTION FOR PRELIMINARY APPROVAL** <br><br> Action filed: March 19, 2025 <br><br> Honorable Noël Wise |

JOINT NOTICE OF STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME TO FILE JOINT STATUS
REPORT OR MOTION FOR PRELIMINARY APPROVAL

Case No.: 5:25-cv-02668-NW

Pursuant to Civil L.R. 6-1(b) and 7-12, Plaintiffs and Defendant Apple Inc. (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

**<u>STIPULATION</u>**

WHEREAS, on December 18, 2025, the Parties filed a joint notice of settlement and stipulation to vacate case deadlines (ECF No. 65), notifying the Court that the Parties had reached an agreement in principle to resolve this matter on a classwide basis;

WHEREAS, on December 19, 2025, this Court entered an Order vacating all existing dates and deadlines, requiring the Parties to file a joint report updating the Court on the status of the settlement or Plaintiffs to file a motion for preliminary approval by March 18, 2026, and setting a compliance hearing regarding the status of settlement for March 25, 2026 (ECF No. 66);

WHEREAS, the Parties are currently in the process of drafting, negotiating, and finalizing the settlement agreement and ancillary documents;

WHEREAS, the Parties have conferred and agree that they require additional time to finalize the settlement agreement in this matter;

WHEREAS, this proposed extension would allow the Parties to focus their efforts on finalizing the settlement and resolution of this matter and conserve the Court's time and resources;

WHEREAS, there have been no time modifications since the Court vacated the then-existing dates and deadlines following the Parties' notice of settlement (ECF No. 66);

WHEREAS, other than the deadline to file a joint status report or motion for preliminary approval, the proposed extension would not affect any other deadlines set by court order;

NOW, THEREFORE, subject to approval by the Court, it is hereby stipulated and agreed by the Parties through their respective undersigned attorneys of record that:

1. On or before April 21, 2026, Plaintiffs shall file a motion for preliminary approval.

2. The compliance hearing regarding the status of settlement shall take place on May 12 ~~7~~ at 10:00 a.m.

3. The hearing on the motion for preliminary approval shall take place on May 27 at 9:00 a.m.

Respectfully submitted,

Dated: March 13, 2026

COVINGTON & BURLING LLP

By: */s/ Kathryn E. Cahoy*

EMILY JOHNSON HENN (SBN 269482)
KATHRYN E. CAHOY (SBN 298777)
MEGAN L. RODGERS (SBN 310344)

*Attorneys for Defendant Apple Inc.*

Dated: March 13, 2026

**CLARKSON LAW FIRM, P.C.**

By: */s/ Ryan J. Clarkson*
RYAN J. CLARKSON
YANA HART
BRYAN P. THOMPSON

Dated: March 13, 2026

**KAPLAN FOX & KILSHEIMER LLP**

By: */s/ Laurence D. King*
LAURENCE D. KING
MATTHEW B. GEORGE
BLAIR E. REED

Dated: March 13, 2026

**COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Brian Danitz*
BRIAN DANITZ
JOSEPH W. COTCHETT
KARIN B. SWOPE
PIERCE H. STANLEY
CAROLINE A. YUEN

*Interim Co-Lead Counsel for Plaintiffs and the
Proposed Class*

JOINT NOTICE OF STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO FILE JOINT STATUS REPORT OR
MOTION FOR PRELIMINARY APPROVAL

2

Case No.: 5:25-cv-02668-NW

**[PROPOSED]** **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 17 , 2026

_____

Hon. Noël
United Stat



GRANTED

Judge Noël Wise