**CLARKSON LAW FIRM, P.C.**
RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
YANA HART (SBN 306499)
yhart@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

**KAPLAN FOX & KILSHEIMER LLP**
LAURENCE D. KING (SBN 206423)
lking@kaplanfox.com
MATTHEW B. GEORGE (SBN 239322)
mgeorge@kaplanfox.com
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Tel: 415-772-4700

**COTCHETT, PITRE & MCCARTHY, LLP**
JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
BRIAN DANITZ (SBN 247403)
bdanitz@cpmlegal.com
KARIN B. SWOPE (*Appearance Pro Hac Vice*)
kswope@cpmlegal.com
CAROLINE A. YUEN (SBN 354388)
cyuen@cpmlegal.com
840 Malcolm Road
Burlingame, California 94010
Tel: (650) 697-6000

*Interim Co-Lead Counsel for*
*Plaintiffs and the Proposed Class*

**COVINGTON & BURLING LLP**
EMILY JOHNSON HENN (SBN 269482)
ehenn@cov.com
KATHRYN E. CAHOY (SBN 298777)
kcahoy@cov.com
MEGAN L. RODGERS (SBN 310344)
mrodgers@cov.com
3000 El Camino Real,
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Tel: (650) 632-4712

*Counsel for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PETER LANDSHEFT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California Corporation, <br><br> Defendant. | Civil Case No.: 5:25-cv-02668-NW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL** <br><br> Action filed: March 19, 2025 <br><br> Honorable Noël Wise |

Pursuant to Civil L.R. 6-1(b) and 7-12, Plaintiffs and Defendant Apple Inc. (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

**<u>STIPULATION</u>**

WHEREAS, on December 18, 2025, the Parties filed a joint notice of settlement and stipulation to vacate case deadlines (ECF No. 65), notifying the Court that the Parties had reached an agreement in principle to resolve this matter on a classwide basis;

WHEREAS, on December 19, 2025, this Court entered an Order vacating all existing dates and deadlines, requiring the Parties to file a joint report updating the Court on the status of the settlement or Plaintiffs to file a motion for preliminary approval by March 18, 2026, and setting a compliance hearing regarding the status of settlement for March 25, 2026 (ECF No. 66);

WHEREAS, on March 13, 2026, the Parties filed a stipulation requesting that the deadline to file a motion for preliminary approval be extended to April 21, 2026, the compliance hearing be reset for May 7, and the preliminary approval hearing be set for May 27, 2026, to allow the Parties additional time to finish negotiating, drafting, and finalizing the settlement agreement and ancillary documents (ECF No. 68);

WHEREAS, on March 17, 2026, the Court granted the stipulation and set the deadline to move for preliminary approval to April 21, 2026, the compliance hearing for May 12, and the preliminary approval hearing for May 27, 2026 (ECF No. 69);

WHEREAS, the Parties have been working diligently and have made significant progress toward finalizing the settlement agreement and ancillary documents, including with the assistance of the mediator at a third full-day mediation session on March 23, 2026, and follow-up engagement since then;

WHEREAS, Apple has requested, and Plaintiffs do not oppose, an additional two weeks to finalize the settlement agreement and exhibits for signature and to gather signatures;

WHEREAS, there has been one time modification since the Court vacated the then-existing dates and deadlines following the Parties' notice of settlement (ECF No. 66), as detailed above (ECF No. 69);

WHEREAS, the proposed limited extension would affect the preliminary approval motion deadline and the hearing dates for the compliance and preliminary approval hearings, but would not affect any other deadlines set by court order;

JOINT NOTICE OF STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT OR MOTION FOR PRELIMINARY APPROVAL

1

Case No.: 5:25-cv-02668-NW

NOW, THEREFORE, subject to approval by the Court, it is hereby stipulated and agreed by the Parties through their respective undersigned attorneys of record that:

1. On or before May 5, 2026, Plaintiffs shall file a motion for preliminary approval.

2. The compliance hearing regarding the status of settlement shall take place on May 26 at 10:00 a.m.

3. The hearing on the motion for preliminary approval shall take place on June 17 at 9:00 a.m.

Respectfully submitted,

Dated: April 16, 2026                    COVINGTON & BURLING LLP

By: */s/ Emily Johnson Henn*
EMILY JOHNSON HENN (SBN 269482)
KATHRYN E. CAHOY (SBN 298777)
MEGAN L. RODGERS (SBN 310344)

*Attorneys for Defendant Apple Inc.*

Dated: April 16, 2026                    **CLARKSON LAW FIRM, P.C.**

By:   */s/ Ryan J. Clarkson*
RYAN J. CLARKSON
YANA HART
BRYAN P. THOMPSON

Dated: April 16, 2026                    **KAPLAN FOX & KILSHEIMER LLP**

By:   */s/ Laurence D. King*
LAURENCE D. KING
MATTHEW B. GEORGE
BLAIR E. REED

Dated: April 16, 2026                    **COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Brian Danitz*
BRIAN DANITZ
JOSEPH W. COTCHETT
KARIN B. SWOPE

PIERCE H. STANLEY
CAROLINE A. YUEN

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: ___April 22___, 2026

_____
Hon. Noël Wise
United States District Court Judge

GRANTED

_Judge Noël Wise_