**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PETER LANDSHEFT, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 5:25-cv-02668-NW

**Consolidated Class Action**

**~~[PROPOSED]~~ ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO RESET FINAL APPROVAL HEARING DATE**

Judge: Hon. Noël Wise

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT** the Plaintiffs' Unopposed Administrative Motion to Reset Final Approval Hearing Date is **GRANTED**.

The hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement is hereby advanced to February 24, 2027 at 9 : 00.

**IT IS SO ORDERED**.

DATED: August 13, 2026

Hon. Noël Wise
United States District Judge