**CLARKSON LAW FIRM, P.C.**
RYAN J. CLARKSON (SBN 257074)
rclarkson@clarksonlawfirm.com
YANA HART (SBN 306499)
yhart@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

**KAPLAN FOX & KILSHEIMER LLP**
LAURENCE D. KING (SBN 206423)
lking@kaplanfox.com
MATTHEW B. GEORGE (SBN 239322)
mgeorge@kaplanfox.com
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Tel: 415-772-4700

**COTCHETT, PITRE & MCCARTHY, LLP**
JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
BRIAN DANITZ (SBN 247403)
bdanitz@cpmlegal.com
KARIN B. SWOPE *(Pro Hac Vice)*
kswope@cpmlegal.com
CAROLINE A. YUEN (SBN 354388)
cyuen@cpmlegal.com
840 Malcolm Road
Burlingame, California 94010
Tel: (650) 697-6000

*Interim Co-Lead Counsel for*
*Plaintiffs and the Proposed Class*

**COVINGTON & BURLING LLP**
EMILY JOHNSON HENN (SBN 269482)
ehenn@cov.com
KATHRYN E. CAHOY (SBN 298777)
kcahoy@cov.com
MEGAN L. RODGERS (SBN 310344)
mrodgers@cov.com
3000 El Camino Real,
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Tel: (650) 632-4712

*Counsel for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PETER LANDSHEFT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California Corporation,<br><br>Defendant. | Civil Case No.: 5:25-cv-02668-NW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND SETTLEMENT NOTICE DATE, CLAIMS DEADLINE, AND OBJECTION AND EXCLUSION DEADLINES**<br><br>Action filed: March 19, 2025<br><br>Honorable Noël Wise |

Pursuant to this Court's Order Granting Preliminary Approval, ECF No. 94, Plaintiffs and Defendant Apple Inc. (collectively, the "Parties"), by and through their respective counsel of record, hereby jointly stipulate to and respectfully request the Court's approval of a modest extension to the Settlement Notice Date, Claims Deadline, and Objection and Exclusion deadlines.

In this Court's Order Granting Preliminary Approval, it stated: "If, for any reason, the Settlement Notice Date does not or cannot commence at the time specified above, the Parties will confer in good faith and recommend a corresponding extension of the Claims Deadline and, if necessary, appropriate extensions to the Objection and Exclusion deadlines, to the Court." ECF No. 94 ¶ 21. Further, the Court Order states that it "may, for good cause, extend any of the deadlines set forth in this Preliminary Approval Order without further notice to the Settlement Class Members." ECF No. 94 ¶ 20.

The Parties have been working diligently and in good faith with the Settlement Administrator to prepare all required materials for class notice to begin. Given the complexity of the robust notice plan contemplated by the Settlement Agreement and to ensure the Parties and Settlement Administrator have sufficient time to finalize details of and implement that plan in accordance with further guidance from the mediator,[1] the Parties respectfully request a three-week extension on the date notice will begin, which would move the start of the notice period from Monday, August 31, 2026, to Monday, September 21, 2026, and to move the Objection and Exclusion dates back commensurately. This modest extension also would have the benefit of moving the Claims Deadline from the Sunday of Thanksgiving weekend, where it would fall under the Court's current Preliminary Approval Order, to mid-December, which the Parties expect would have attendant benefits to increasing the claims rate for the settlement. Moreover, this extension could be accomplished without moving the Final Approval Hearing date or the deadlines associated with final approval briefing, which are triggered by the hearing date.

Accordingly, the Parties agree and stipulate to and jointly request a ruling from the Court that good cause exists to extend the current deadlines by approximately three weeks, as reflected in the table below.

[1] Because the hearing before the mediator resulting in this stipulation took place on August 27, the parties are unfortunately unable to comply with this Court's Standing Order requiring three business days' notice for requests for extensions of time.

| Event | Deadline Calculation | New Date |
|---|---|---|
| Commencement Date for Notice Period | | Monday, September 21, 2026 |
| Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Payments to be filed by Plaintiffs' Counsel | 35 calendar days before the Objection and Exclusion Deadline | Monday, November 16, 2026 |
| Claims Deadline (submission deadline for Claims) | 91 calendar days after the Notice Date | Monday, December 21, 2026 |
| Objection Deadline (filing deadline for Objections) | 91 calendar days after the Notice Date | Monday, December 21, 2026 |
| Exclusion Deadline (deadline to submit Opt-Outs) | 91 calendar days after the Notice Date | Monday, December 21, 2026 |
| Exclusion List Deadline | 7 calendar days after the Objection and Exclusion Deadline | Monday, December 28, 2026 |
| Claim Validation Deadline | 10 calendar days after the Claim Deadline | Thursday, December 31, 2026 |

Moving the above-listed dates back approximately three weeks as reflected in the table above does not alter the dates the Court has set for the Final Approval Hearing or the final approval briefing, which remain as follows:

| Event | Deadline Calculation | Date |
|---|---|---|
| Motion for Final Approval | 35 calendar days prior to the Final Approval Hearing | Wednesday, January 20, 2027 |
| Objector Counsel Appearance Deadline | 14 calendar days before Final Approval Hearing | Wednesday, February 10, 2027 |
| Deadline to Respond to Objections | 7 calendar days prior to the Final Approval Hearing | Wednesday, February 17, 2027 |
| Final Approval Hearing | At least 60 calendar days after Objection and Exclusion Deadline | Wednesday, February 24, 2027 at 9:00 AM |

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the approval of the Court that:

1. The Settlement Notice shall commence on Monday, September 21, 2026.
2. Plaintiffs' Counsel's Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Payments to be filed by Monday, November 16, 2026.
3. The Claims Deadline shall be Monday, December 21, 2026.
4. The Objection Deadline shall be Monday, December 21, 2026.
5. The Exclusion Deadline shall be Monday, December 21, 2026.

6. The Exclusion List Deadline shall be Monday, December 28, 2026.

7. The Claim Validation Deadline shall be Thursday, December 31, 2026.

Respectfully submitted,

Dated: August 28, 2026

**COVINGTON & BURLING LLP**

By: */s/ Emily Johnson Henn*

EMILY JOHNSON HENN (SBN 269482)
KATHRYN E. CAHOY (SBN 298777)
MEGAN L. RODGERS (SBN 310344)

*Attorneys for Defendant Apple Inc.*

Dated: August 28, 2026

**CLARKSON LAW FIRM, P.C.**

By: */s/ Ryan J. Clarkson*
RYAN J. CLARKSON
YANA HART
BRYAN P. THOMPSON

Dated: August 28, 2026

**KAPLAN FOX & KILSHEIMER LLP**

By: */s/ Laurence D. King*
LAURENCE D. KING
MATTHEW B. GEORGE
BLAIR E. REED

Dated: August 28, 2026

**COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Brian Danitz*
BRIAN DANITZ
JOSEPH W. COTCHETT
KARIN B. SWOPE
PIERCE H. STANLEY
CAROLINE A. YUEN

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Emily Johnson Henn, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

DATED: August 28, 2026

By: */s/ Emily Johnson Henn*

Emily Johnson Henn

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ______________________________

UNITED STATES DISTRICT COURT
GRANTED
Judge Noël Wise
NORTHERN DISTRICT OF CALIFORNIA

e Noël Wise
tes District Judge